UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| B&W PACKAGING MANUFACTURING, LLC, ET AL., | ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | ) Case No. 4:23-cv-00075-TWP-KMB ) |
| COST SAVINGS SOLUTIONS CO., ET AL., | ) ) ) |
| DEFENDANTS. | ) |

### AGREED ORDER OF DISMISSAL

Plaintiffs B&W Packaging Manufacturing, LLC and Material Solutions, LLC, by counsel, and Defendants Cost Savings Solutions Co., Custom Kraft Pack, LLC, Elite Logistics and Packaging, LLC, David L Brown, James Koller, and Stephen Brown (collectively "Custom Kraft Defendants"), by counsel, having advised the Court that this matter has been fully and finally resolved between them via settlement, as evidenced by the signatures of undersigned counsel for the parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims asserted by Plaintiffs against the Custom Kraft Pack Defendants herein are hereby **DISMISSED WITH PREJUDICE**. Plaintiffs' Complaint with respect to the Custom Kraft Pack Defendants is therefore dismissed, with prejudice, in its entirety. Each party shall pay their own fees and costs.

This is a final Order.

Respectfully submitted,

/s/ *Justin E. Endres* (w/ permission)
Justin E. Endres
Young, Lind, Endres & Kraft
126 W. Spring Street
New Albany, IN 47150
JEndres@ylek.com

-and-

Douglas B. Bates
Chelsea R. Stanley
Stites & Harbison PLLC
323 East Court Avenue
Jeffersonville, IN 47130
dbates@stites.com
cstanley@stites.com

*Counsel for Plaintiff*

/s/ *John D. Cox*
John D. Cox
Lynch Cox Gilman & Mahan PSC
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
jcox@lcgandm.com
*Counsel for Defendants Cost Savings Solutions Co.,*
*Custom Kraft Pack, LLC, Elite Logistics and*
*Packaging LLC, David Brown, James Koller,*
*and Stephen Brown*

Date: 1/13/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF